| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) STEIN,, SIDNEY H. | 2. Court or Organization U.S. Federal District Court | 3. Date of Report 8/16/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.D.C. Judge - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. Courthouse 500 Pearl Street New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Practising Law Institute, a not for profit organization for continuing legal education |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN., SIDNEY H. | 8/16/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | West Services, Inc. - Royalty | $6,936.42 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY City Bar Association and National Committee on US-China Relations | 12/5/09 - 12/15/09 | Beijing and Nantung, China | Participating in Chinese govt rule of law conf. & conferences w/Chinese bar ass'ns. | Transportation, lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN,, SIDNEY H. | 8/16/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN,, SIDNEY H. | 8/16/2010 |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONEY MARKETS | | | | | | | | | |
| 2. JPMORGAN U.S. GOVT. | B | Interest | P1 | T | | | | | |
| 3. DREYFUS MUNI MARKET | C | Interest | L | T | | | | | |
| 4. (now BNY Mellon Natl Muni Market Fd.) | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. COMMON STOCKS | | | | | | | | | |
| 7. BERKSHIRE HATHAWAY CORP. | | None | P1 | T | | | | | |
| 8. 5180 GRANT AVENUE CORP. | D | Dividend | P1 | W | | | | | |
| 9. JANUS CORE EQUITY FUND (IRA) | G | Dividend | P1 | T | | | | | |
| 10. | | | | | | | | | |
| 11. TAX EXEMPT BONDS | | | | | | | | | |
| 12. NEW YORK ST HSG FIN AGY GEN HSG SER B | C | Interest | K | T | | | | | |
| 13. NEW YORK ST MTG AGY REV HOMETOWN MTG-29-A-RMKT | C | Interest | M | T | | | | | |
| 14. NY STATE POWER AUTH GEN REV ETM SER A | D | Interest | L | T | | | | | |
| 15. NY STATE PWR AUTH REV & GEN PURP SER DETM | A | Interest | K | T | Redeemed (part) | 1/2/09 | J | | |
| 16. NYS STATE POWER AUTH SER G 1/1/10 | B | Interest | K | T | Redeemed (part) | 1/2/09 | J | | |
| 17. NYS MTG AGY | D | Interest | | | Sold | 5/26/09 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2.500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN,, SIDNEY H. | 8/16/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. NEW YORK ST. HSG FIN AGY GEN SER A | D | Interest | M | T | | | | | |
| 19. NEW YORK STATE POWER AUTH. | C | Interest | K | T | | | | | |
| 20. DUTCHESS CTY. NY 5%, 8/1/09 | B | Interest | | | Sold | 3/17/09 | M | B | |
| 21. MTA N.Y. 5%, 7/1/11 | C | Interest | M | T | | | | | |
| 22. N.Y.S. ENV. 5.25%, 10/15/20 | C | Interest | | | Sold | 6/12/09 | M | B | |
| 23. N.Y.C. 5% DUE 2/1/24 | D | Interest | M | T | | | | | |
| 24. N.Y.S. THRWY. AUTH. 5.3%, 4/1/15 | D | Interest | M | T | | | | | |
| 25. N.Y.S. SER. C 4/15/13 | B | Interest | | | Sold | 3/25/09 | M | D | |
| 26. LONG ISLAND PWR 5%, 8/1/17 | C | Interest | M | T | | | | | |
| 27. ARDSLEY NY 4.25%. 6/ | C | Interest | M | T | | | | | |
| 28. PORT AUTH. NY & NJ 5%, 2/1/20 | D | Interest | M | T | | | | | |
| 29. TOBACCO SETTLEMENT FING CORP. 5%, 6/1/12 | A | Interest | K | T | | | | | |
| 30. ERIE CTY NY 5.75%, 5/1/25 | C | Interest | L | T | | | | | |
| 31. NASSAU CTY NY 5%, 7/1/22 | C | Interest | M | T | | | | | |
| 32. NYS DORM 5%, 7/1/21 | C | Interest | M | T | | | | | |
| 33. TRIBOROUGH BRDG & TUNL 5%, 11/15/23 | C | Interest | L | T | | | | | |
| 34. MINNEAPOLIS MINN. 6.375%, dtd 11/12/08 | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN,, SIDNEY H. | 8/16/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. NYS DORM AUTH 5%, dtd 3/15/24 | C | Interest | M | T | | | | | |
| 36. NYS DORM 5.25%, 5/15/15 | D | Interest | M | T | Buy | 3/11/09 | M | | |
| 37. NASSAU CTY N.Y. 5%, 11/15/15 | C | Interest | M | T | Buy | 3/17/09 | M | | |
| 38. NYC, NY 2.75%, 1/1/36 | B | Interest | M | T | Buy | 4/1/09 | L | | |
| 39. CALIFORNIA STATE 5.5%, 4/1/19 | B | Interest | L | T | Buy | 4/2/09 | L | | |
| 40. CITIZENS PPTY INS. CORP. 5.5%, 6/1/16 | C | Interest | L | T | Buy | 5/7/09 | L | | |
| 41. MTA 5.5%, 11/15/17 | B | Interest | L | T | Buy | 5/26/09 | L | | |
| 42. NYS DORM 5%, 2/15/18 | B | Interest | M | T | Buy | 6/2/09 | M | | |
| 43. ALLEGHENY CITY, PA. 5%, 8/15/19 | B | Interest | L | T | Buy | 6/3/09 | L | | |
| 44. NORTH PENN, PA 5%, 9/1/16 | B | Interest | M | T | Buy | 6/5/09 | M | | |
| 45. NYC, NY 5.25% 9/1/21 | C | Interest | M | T | Buy | 6/15/09 | M | | |
| 46. NYS DORM 5%, 7/1/18 | | None | K | T | Buy | 11/5/09 | K | | |
| 47. CALIFORNIA ST 5% 7/1/17 | | None | K | T | Buy | 11/5/09 | K | | |
| 48. | | | | | | | | | |
| 49. MUTUAL FUNDS | | | | | | | | | |
| 50. BRANDYWINE FUND INC. | | None | O | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN,, SIDNEY H. | 8/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. VANGUARD 500 INDEX FUND | | | | | Buy | 3/27/09 | J | | |
| 53. VANGUARD 500 INDEX FUND | | | | | Buy | 6/24/09 | J | | |
| 54. VANGUARD 500 INDEX FUND | | | | | Buy | 8/19/09 | M | | |
| 55. VANGUARD 500 INDEX FUND | | | | | Buy | 9/29/09 | K | | |
| 56. VANGUARD 500 INDEX FUND | F | Dividend | P1 | T | Buy | 12/29/09 | K | | |
| 57. DAVIS NY VENTURE FUND INC. CL. A | D | Dividend | P1 | T | Buy | 12/23/09 | J | | |
| 58. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 1/30/09 | J | | |
| 59. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 2/27/09 | J | | |
| 60. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 4/2/09 | J | | |
| 61. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 5/4/09 | J | | |
| 62. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 6/2/09 | J | | |
| 63. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 7/2/09 | J | | |
| 64. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 8/4/09 | J | | |
| 65. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 9/2/09 | J | | |
| 66. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 10/2/09 | J | | |
| 67. BNY MELLON NY TAX EXEMPT FUND | | | | | Buy | 11/3/09 | J | | |
| 68. BNY MELLON NY TAX EXEMPT FUND | G | Dividend | P1 | T | Buy | 12/2/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN,, SIDNEY H. | 8/16/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FRONTEGRA FUNDS | D | Dividend | P1 | T | Buy | 12/21/09 | J | | |
| 70. VANGUARD INDEX FUNDS | | | | | Buy | 9/3/09 | N | | |
| 71. VANGUARD INDEX FUNDS | | | | | Buy | 9/24/09 | J | | |
| 72. VANGUARD INDEX FUNDS | D | Dividend | N | T | Buy | 12/22/09 | J | | |
| 73. | | | | | | | | | |
| 74. MISCELLANEOUS | | | | | | | | | |
| 75. CASH, JPMORGAN CHASE | E | Interest | O | T | | | | | |
| 76. FINE ARTS HELD AS TENANT-IN-COMMON | D | Rent | P1 | W | | | | | |
| 77. ARBOR PPTY TRUST | | None | K | T | | | | | |
| 78. SERVICEMASTER LP | | None | M | T | | | | | |
| 79. | | | | | | | | | |
| 80. NOTE: JUDGE STEIN HAS ELECTED NOT TO LIST INFORMATION | | | | | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN,, SIDNEY II. | 8/16/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| STEIN,, SIDNEY H. | 8/16/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544